Submitted on briefs May 30, affirmed June 23, 1972

NOLTE, *Appellant, v.* NOLTE ELECTRIC
COMPANY, *Respondent.*

498 P2d 386

Larry J. Anderson, and Anderson, Richmond &
Owens, Eugene, for appellant.

Jack L. Mattison, and Jaqua, Wheatley & Gardner,
Eugene, for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and
THORNTON, Judges.

PER CURIAM.

Claimant is a sole proprietor who elected Work-
men's Compensation coverage under ORS 656.128. His
claim for an unwitnessed back injury was denied by
the hearing officer whose decision was affirmed by
both the Workmen's Compensation Board and the

circuit court. After making detailed findings, the hearing officer concluded:

> "I am persuaded that claimant is not a credible witness. The record does not support a conclusion that a compensable accident occurred in the course of employment."

This case turns on claimant's credibility. The record is replete with inconsistencies and discrepancies in claimant's evidence.

We agree with the conclusion of the previous triers of the facts.

Affirmed.